No. 1092. PAUL *v.* COLORADO STATE BOARD OF LAW EXAMINERS. Sup. Ct. Colo. Certiorari denied.

No. 1098. PARKER *v.* CARGILL, INC. C. A. 5th Cir. Certiorari denied. *Raymond H. Kierr* for petitioner.

No. 1108. CHART ET AL. *v.* WISCONSIN. Sup. Ct. Wis. Certiorari denied. *Richard E. Sommer, pro se,* and for other petitioners.

No. 1110. CLOVER CO., INC., ET AL. *v.* GENERAL AGENCY, INC., OF PENNSYLVANIA ET AL. C. A. 6th Cir. Certiorari denied. *John G. O'Mara, pro se,* and for other petitioners. *Kenneth L. Anderson* for respondents.

No. 1119. HERRERO ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Finton J. Phelan, Jr.,* and *J. C. Arriola* for petitioners. *Solicitor General Griswold, Assistant Attorney General Kashiwa, Edmund B. Clark,* and *William M. Cohen* for the United States.

No. 1147. KELLY *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. *King David* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Jerome M. Feit,* and *Edward Fenig* for the United States.

No. 159, Misc. CURRY *v.* NELSON, WARDEN. C. A. 9th Cir. Certiorari denied. *James E. Harrington* for petitioner. *Thomas C. Lynch,* Attorney General of California, *Albert W. Harris, Jr.,* Assistant Attorney General, and *John T. Murphy,* Deputy Attorney General, for respondent.